R. DUANE WESTRUP (State Bar No. 58610)
jveloff@westrupassociates.com
PHILLIP R. POLINER (State Bar No. 156145)
ppoliner@westrupassociates.com
CAT N. BULAON (State Bar No. 206612)
cbulaon@westrupassociates.com
**WESTRUP & ASSOCIATES**
444 West Ocean Boulevard, Suite 1614
Long Beach, California  90802-4524
Telephone: (562) 432-2551
Facsimile: (562) 435-4856

MICHAEL L. CARVER (State Bar No. 173633)
carver@aol.com
MICHELLE M. LUNDE (State Bar No. 246585)
mlunde@carverlaw.com
**LABOR LAW OFFICE, APC**
1395 Ridgewood Drive, Suite 300
Chico, California 95928
Telephone: (530) 891-8503
Facsimile: (530) 891-8512

Attorneys for Plaintiff ROY D. TAYLOR
and the Putative Class

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROY D. TAYLOR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX FRIEGHT, INC. an Arkansas Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  13-cv-01137-LJO-BAM<br><br>CLASS ACTION<br><br>AMENDED REQUEST TO SEAL DOCUMENTS; ORDER THEREON<br>(Doc. 19) |

In support of his motion for class certification, Plaintiff ROY TAYLOR ("Plaintiff") intends to file certain documents that Defendant FEDEX FREIGHT, INC. ("FedEX") has deemed confidential pursuant to the Court's Protective Order dated February 3, 2014.

Pursuant to the Protective Order paragraph 12.3, Plaintiff requests the Court authorize the sealing of the specific documents that FedEx has deemed Protected Material as listed below:

1. Exhibit 2 to Deposition of Jeffrey Scroggins taken on April 2, 2014 (Bates numbers D001833 – D001847).

2. Exhibit 3 to Deposition of Jeffrey Scroggins taken on April 2, 2014 (Bates numbers D002609 – D002622).

3. Exhibit 5 to Deposition of Jeffrey Scroggins taken on April 2, 2014 (Bates numbers D002781 – D002785).

4. Exhibit 9 to Deposition of Jon Barrett taken May 13, 2014 (Bates number 001847).

5. Exhibit 7 to Deposition of Katyna Naylor taken April 2, 2014 (Bates numbers D002910 – D002911).

6. Additionally, Plaintiff seeks to file under seal the "unredacted version" of his Motion for Class Certification, along with the memorandum of points and authorities.

Dated: August 13, 2014      WESTRUP & ASSOCIATES
                            LABOR LAW OFFICE, APC


                            By:   /s/ Cat N. Bulaon
                                  CAT N. BULAON
                                  WESTRUP & ASSOCIATES

                            Attorneys for Plaintiff ROY D. TAYLOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. TAYLOR, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDEX FRIEGHT, INC. an Arkansas Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  13-cv-01137-LJO-BAM<br><br>**ORDER TO SEALING DOCUMENTS**<br><br>(Doc. 19) |

The Court has read and considered Plaintiffs' Amended Request to Seal Documents. (Doc. 19.) Plaintiff requests six separate exhibits be sealed, however, exhibits one through five are in fact one exhibit: "Exhibit G."  Thus, the Court considers the propriety of sealing two exhibits, not six.

 The Court finds good cause to keep under seal the documents deemed Protected Material by Defendants pursuant to the Protective Order. The Court ORDERS the following documents be placed under seal:

1. Plaintiff's Exhibit G;

2. Plaintiff's unredacted motion and points and authorities in support of class certification.

IT IS SO ORDERED.

Dated:   **August 20, 2014**                    /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE

- 1 -
ORDER GRANTING REQUEST TO SEAL DOCUMENTS