KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:    310.553.0308
Fax No.:       310.553.5583

MICHELLE B. HEVERLY, Bar No. 178660
meverly@littler.com
SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Fax No.:       415.399.8490

MIREYA A.R. LLAURADO, Bar No. 194882
mallaurado@fedex.com
FEDEX FREIGHT, INC.
3425 Victor Street
Santa Clara, CA  95054
Telephone: 408.654.3186
Facsimile: 408.654.3297

Attorneys for Defendant
FEDEX FREIGHT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. TAYLOR, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., an Arkansas Corporation; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.  1:13-cv-01137-LJO-BAM<br><br>**DEFENDANT'S REQUEST TO SEAL DOCUMENTS**<br><br>Date: January 16, 2015<br><br>Time:  9:00 a.m.<br><br>Courtroom: 8. Hon. Barbara A. MacAuliffe |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Case No.  1:13-cv-01137-LJO-BAM
DEFENDANT'S REQUEST TO SEAL DOCUMENTS; [PROPOSED] ORDER

1     In support of its Opposition to Plaintiff Roy Taylor's Motion for Class Certification, Defendant FedEx Freight, Inc. ("FXFI") intends to file certain documents under deal pursuant to the Parties' Stipulated Protective Order entered on February 3, 2014.

    Pursuant to the Protective Order paragraph 12.3, FXFI requests the Court authorize the sealing of the following specific documents that FXFI deems to be Protected Material as listed below:

1. Lesson 2 of the FXFI Road Driver Manual (Bates Nos. D001812-D001830).
2. Lesson 13 of the FXFI Road Driver Manual (Bates Nos. D002776-D002780; D001977-D001979).
3. FXFI Meal Periods and Rest Breaks Policy – California (Bates Nos. D002848-D002851).

    Additionally, FXFI seeks to file the unredacted version of its Opposition to Plaintiff's Motion For Class Certification, the unredacted version of the Declaration of Jeffrey Scroggins in Support of FXFI's Opposition, the unredacted version of the Declaration of Jon Barrett in Support of FXFI's Opposition, and the unredacted version of the Declaration of Katyna Naylor in Support of FXFI's Opposition. The aforementioned documents are attached hereto as **Exhibit 1**. FXFI requests that the Court seal a total of eighty (80) pages.

    Lesson 13 of the FXFI Road Driver Manual and the FXFI Meal Periods and Rest Breaks Policy have previously been sealed by the Court. (*See* Docket No. 20).

Dated: October 15, 2014

                                            */s/ Sophia Behnia*
                                            MICHELLE B. HEVERLY
                                            SOPHIA BEHNIA
                                            LITTLER MENDELSON, P.C.
                                            Attorneys for Defendant
                                            FEDEX FREIGHT, INC.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1.  Case No. 1:13-cv-01137-LJO-BAM
DEFENDANT'S REQUEST TO SEAL DOCUMENTS; [PROPOSED] ORDER

**ORDER**

The Court, having read and considered FXFI's Request to Seal Documents intended for use in FXFI's Opposition to Plaintiff's Motion for Class Certification, finds good cause to keep under seal the documents deemed Protected Material by FXFI pursuant to the Protective Order.

IT IS HEREBY ORDERED that the documents described in the Request to Seal Documents be kept under seal.

1. Lesson 2 of the FXFI Road Driver Manual (Bates Nos. D001812-D001830).
2. Lesson 13 of the FXFI Road Driver Manual (Bates Nos. D002776-D002780; D001977-D001979).
3. FXFI Meal Periods and Rest Breaks Policy – California (Bates Nos. D002848-D002851).

IT IS SO ORDERED.

Dated:   **October 16, 2014**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

2.                         Case No.  1:13-cv-01137-LJO-BAM
DEFENDANT'S REQUEST TO SEAL DOCUMENTS; [PROPOSED] ORDER