# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. TAYLOR, et al., | Case No. 1:13-cv-1137-LJO-BAM |
| Plaintiff, | **REQUEST TO SEAL DOCUMENTS** |
| vs. | |
| FEDEX FREIGHT, INC., | |
| Defendant. | |

The Court, having read and considered Plaintiff's Request to Seal Reply In Support of Motion for Class Certification, finds good cause to keep under seal the documents deemed Protected Material by Defendant's pursuant to the Protective Order.

IT IS HEREBY ORDERED that the "unredacted version" of Plaintiff's Reply In Support of Motion for Class Certification described in, and attached to, Plaintiff's Request to Seal Documents be kept under seal.

IT IS SO ORDERED.

Dated:   **December 22, 2014**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

1