1  KEITH A. JACOBY, Bar No. 150233
   kjacoby@littler.com
2  LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
3  Los Angeles, CA  90067.3107
   Telephone:    310.553.0308
4  Fax No.:       310.553.5583

5  MICHELLE B. HEVERLY, Bar No. 178660
   meverly@littler.com
6  SOPHIA BEHNIA, Bar No. 289318
   sbehnia@littler.com
7  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
8  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
9  Fax No.:       415.399.8490

10 KARIN M. COGBILL, Bar No. 244606
   kcogbill@littler.com
11 LITTLER MENDELSON, P.C.
   50 W. San Fernando Street, 15th Floor
12 San Jose, CA  95113.2303
   Telephone:    408.998.4150
13 Fax No.:       408.288.5686

14 Attorneys for Defendant
   FEDEX FREIGHT, INC.
15
   *(Additional counsel listed on the following page)*
16
                   UNITED STATES DISTRICT COURT
17
                   EASTERN DISTRICT OF CALIFORNIA
18

19 ROY D. TAYLOR, on behalf of himself        Case No.  1:13-cv-01137-LJO-BAM
   and all others similarly situated,
20                                            **STIPULATION TO CONTINUE HEARING
                    Plaintiff,                ON MOTION FOR CLASS
21                                            CERTIFICATION;  ORDER**
   v.
22
   FEDEX FREIGHT, INC., an Arkansas
23 Corporation; and DOES 1 through 10,
   inclusive,
24
                    Defendants.
25

26

27

28
                                                    Case No.  1:13-cv-01137-LJO-BAM

         STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING; [PROPOSED] ORDER

1   MIREYA A.R. LLAURADO, Bar No. 194882
    mallaurado@fedex.com
2   FEDEX FREIGHT, INC.
    3425 Victor Street
3   Santa Clara, CA  95054
    Telephone: 408.654.3186
4   Facsimile: 408.654.3297

5   Attorneys for Defendant
    FEDEX FREIGHT, INC.
6

7   R. DUANE WESTRUP, Bar No. 58610
    PHILIP R. POLIINER, Bar No. 156145
8   ppoliner@westrupassociates.com
    CAT-TUONG N. BULAON, Bar No. 206612
9   cbulaon@westrupassociates.com
    WESTRUP KLICK, LLP
10  444 West Ocean Boulevard, Suite 1614
    Long Beach, CA  90802-4524
11  Telephone: 562.432.2551
    Facsimile: 562.435.4856

12
    Attorneys for Plaintiff
13  ROY TAYLOR

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED by and between Plaintiff ROY TAYLOR ("Plaintiff")

2 and Defendant FEDEX FREIGHT, INC. ("Defendant") (*collectively* the "Parties"), by and through

3 their attorneys of record:

4    WHEREAS, Plaintiff filed his Motion For Class Certification on August 14, 2014

5 (Dkt. 17);

6    WHEREAS, on October 15, 2014, Defendant filed an Opposition to Plaintiff's

7 Motion (Dkt. 24);

8    WHEREAS, on December 15, 2014, Plaintiff filed a Reply in support of his Motion

9 (Dkt. 27);

10    WHEREAS, the Court had previously set the hearing date for Plaintiff's Motion for

11 January 16, 2015 (Dkt.9);

12    WHEREAS, on January 8, 2015, the Court continued the hearing on Plaintiff's

13 motion to March 13, 2015 (Dkt. 30);

14    WHEREAS, on March 6, 2015, the Court continued the hearing on Plaintiff's motion

15 to April 10, 2015 (Dkt. 31);

16    WHEREAS, Defendant is unable to attend the April 10, 2015 hearing due to a

17 conflict; and

18    WHEREAS, the Parties have met and conferred regarding Defendant's conflict and

19 have agreed to continue the hearing until May 1, 2015.

20    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

21    1.    That the hearing on Plaintiff's Motion For Class Certification, currently set for

22 April 10, 2015, be continued to May 1, 2015.

23 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

24

25 DATED: March 13, 2015              _____/s/ Philip Poliner_____
                                     Attorneys for Plaintiff

26

27 DATED: March 13, 2015              _____/s/ Sophia Behnia_____
                                     Attorneys for Defendant

28

1          **PURSUANT TO STIPULATION, IT IS SO ORDERED that** the hearing on

2   Plaintiff's Motion For Class Certification, currently set for April 10, 2015, is continued to May 1,

3   2015 at 9:00 a.m. before Judge McAuliffe.

4

5   Dated**:    March 18, 2015**                          /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28