UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. TAYLOR, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., an Arkansas Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.  1:13-cv-01137-LJO-BAM<br><br>**ORDER RE STIPULATION RE: BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STAY PROCEEDINGS**<br>**NOTE:  time change for the hearing** |

　　　　　　IT IS HEREBY STIPULATED by and between Plaintiff ROY TAYLOR ("Plaintiff") and Defendant FEDEX FREIGHT, INC. ("Defendant") (*collectively* the "Parties"), by and through their attorneys of record:

　　　　　　WHEREAS, on May 15, 2015, Magistrate McAuliffe issued her Findings and Recommendations on Plaintiff's Motion For Class Certification (Doc. 36);

　　　　　　WHEREAS, on May 29, 2015, Defendant filed Objections to the Findings and Recommendations (Doc. 39);

　　　　　　WHEREAS, on June 12, 2015, Plaintiff filed a Response to Defendant's Objections (Doc. 40);

　　　　　　WHEREAS, on June 19 2015, Defendant filed a Request For Judicial Notice and Further Objections to the Findings and Recommendations (Doc. 41);

WHEREAS, on June 19, 2015, Plaintiff filed a Response to Defendant's Further Objections (Doc. 42);

WHEREAS, on June 22, 2015, the Court issued a Minute Order requesting that Defendant submit a proposed briefing schedule for its Motion To Stay Proceedings (Doc. 23); and

WHEREAS, the Parties have met and conferred regarding Defendant's Motion To Stay, and have agreed on a proposed schedule.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. That Defendant will file its Motion To Stay on July 1, 2015;
2. That Plaintiff will file its Opposition to Defendant's Motion on July 15, 2015;
3. That Defendant will file its Reply on July 20, 2015; and
4. That hearing on Defendant's Motion will take place on July 28, 2015 at 8:00 am or on a date thereafter that is convenient for the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 24, 2015      /s/ Cat Bulaon
                          Attorneys for Plaintiff

DATED: June 24, 2015      /s/ Sophia Behnia
                          Attorneys for Defendant

**PURSUANT TO STIPULATION (Except for the time change   8:00 a.m. for hearing, due to an 8:30 a.m. jury trial commitment),**

IT IS SO ORDERED.

Dated:   **June 25, 2015**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

2.