1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROY D. TAYLOR, on behalf of himself              No.  1:13-cv-01137-DAD-BAM
      and all others similarly situated,
12
                          Plaintiff,
13                                                      ORDER VACATING BRIEFING SCHEDULE
              v.                                        AND HEARING DATES AND DIRECTING
14                                                      PLAINTIFF TO FILE MOTION FOR
      FEDEX FREIGHT, INC., an Arkansas                  PRELIMINARY APPROVAL OF CLASS
15    corporation, and DOES 1 through 10,               ACTION SETTLEMENT BY FEBRUARY 29,
      inclusive                                         2016
16
                          Defendants.                   (Doc. No. 54)
17

18

19           On January 20, 2016, the parties in this case filed a notice of settlement of class action and

20    proposed order vacating the previously established briefing schedule and hearing dates.  (Doc.

21    No. 54.)  Pursuant to the parties' stipulation, all briefing schedule, hearings, and other dates in

22    this matter are hereby VACATED pending the filing of plaintiff's motion for preliminary

23    /////

24    /////

25    /////

26    /////

27    /////

28    /////

                                                        1

1     approval of the class action settlement.  Plaintiff shall file that motion on or before February 29,

2     2016.

3

4     IT IS SO ORDERED.

5

6

7     Dated:    **January 22, 2016**                          _Dale A. Drozd_

8                                                                    DALE A. DROZD

9                                                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2