UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. TAYLOR,<br><br>            Plaintiff,<br><br>      v.<br><br>FEDEX FREIGHT, INC.,<br><br>            Defendant. | No.  1:13-cv-01137-DAD-BAM<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS<br><br>(Doc. Nos.  56 and 57) |

   The Court, having read and considered FXFI's Notice of Request to Seal Documents, finds good cause to keep under seal the "unredacted version" of Plaintiff's Motion for Preliminary Approval, Plaintiff's Memorandum of Points and Authorities in Support of Motion for Preliminary Approval, and all declarations in support of Plaintiff's Motion for Preliminary Approval.

   The "unredacted version" of Plaintiff's Motion For Preliminary Approval described in, and attached to, Defendant's Notice of Request to Seal Documents shall be filed and kept under seal until further order of the court.

IT IS SO ORDERED.

Dated:   **March 1, 2016**                              _____
                                                                   UNITED STATES DISTRICT JUDGE

1