UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. TAYLOR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., an Arkansas corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 1:13-cv-01137-DAD-BAM<br><br><u>ORDER UNSEALING MOTION FOR PRELIMINARY APPROVAL</u><br><br>(Doc. No. 64) |

On February 24, 2016, defendant filed an unopposed request to seal plaintiff's motion for preliminary approval of a class action settlement until the issuance by the court of an order granting preliminary approval. (Doc. No. 56.) On February 29, 2016, the motion for preliminary approval was filed and on March 1, 2016, the court granted the request to seal the motion "until further order of the court." (Doc. Nos. 57 and 58.) On April 20, 2016, the court issued the order granting preliminary approval of the class action settlement. (Doc. No. 63.) On April 29, 2016, the parties filed a joint stipulation and proposed order unsealing the motion for preliminary approval. (Doc. No. 64.)

/////

/////

1

The court, having read the parties stipulation and proposed order, finds good cause to now unseal the motion for preliminary approval.  According, plaintiff's motion for preliminary approval (Doc. No. 57) is hereby unsealed and the Clerk of the Court is directed to file the unredacted version of that motion in the public docket.

IT IS SO ORDERED.

Dated:   **May 1, 2016**                                   _____
                                                                            UNITED STATES DISTRICT JUDGE