1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROY D. TAYLOR, on behalf of himself          No.  1:13-cv-01137-DAD-BAM
     and all others similarly situated,
12
                Plaintiff,
13                                                 ORDER GRANTING MARILYN SMITH'S
          v.                                       MOTION TO WITHDRAW AS COUNSEL
14
     FEDEX FREIGHT, INC., an Arkansas              (Doc. No. 80)
15   corporation; DOES 1 through 10, inclusive,

16              Defendants.

17

18          On August 26, 2016, Nancy A. Underwood (formerly Westrup) filed a notice of lien,

19   regarding attorneys' fees awarded to plaintiff's attorney R. Duane Westrup, and related entities,

20   in this class action.  (Doc. No. 59.)  Attorney Marilyn Smith appeared as counsel of record for the

21   creditor, Ms. Underwood.  However, on August 27, 2016, Ms. Underwood passed away.

22   Courtney Finney, the daughter of Ms. Underwood and Mr. Westrup, was appointed successor in

23   interest for Ms. Underwood in the relevant marital proceeding.  (Doc. No. 81-1 at 4, 16-17.)  She

24   is also the sole beneficiary to the Nancy Ann Westrup Family Trust, dated October 15, 2015,

25   which became irrevocable at the time of Ms. Underwood's death.  (Doc. No. 81-1 at 3.)  On

26   September 22, 2016, Finney filed a notice with this court representing that she has consulted an

27   attorney and wishes to withdraw the previously filed lien.  (Doc. No. 81-1 at 2–9.)  Accordingly, on

28   /////

                                                  1

1   October 12, 2016, in granting final approval of a class action settlement, the court ordered that the lien

2   be released.  (Doc. No. 83.)

3        Before the court is attorney Smith's motion to withdraw as counsel of record for Ms.

4   Underwood, filed on September 14, 2016.  (Doc. No. 80.)  As a general rule, the authority of an

5   attorney to act for his or her client ends with the client's death.  *Vapnek et al.*, California Practice

6   Guide: Professional Responsibility (The Rutter Group 2016), at ¶ 10:192.  *See also*, Cal. Civ.

7   Code § 2356.  Therefore, pursuant to Local Rule 182 and the California Rules of Professional

8   Conduct, Smith's motion to withdraw as counsel is hereby granted.

9        Accordingly,

10       1)  Marilyn Smith's motion to withdraw as counsel (Doc. No. 80) is granted;

11       2)  The Clerk of the Court is directed to terminate attorney Smith as the counsel of record

12           for judgment creditor Nancy A. Underwood on the docket of this action; and

13       3)  The hearing on the motion to withdraw currently scheduled for October 18, 2016, at

14           9:30 a.m., is vacated.

15   IT IS SO ORDERED.

16   Dated:   **October 13, 2016**                     _____

17                               UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28