UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. TAYLOR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., an Arkansas corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 1:13-cv-01137-DAD-BAM<br><br>ORDER GRANTING JOINT STIPULATION AND RESETTING TIME TO FUND SETTLEMENT<br><br>(Doc. No. 85) |

On October 13, 2016, the court issued an order granting final approval of the settlement in this class action and requiring funding of the qualified settlement fund by October 25, 2016. (Doc. No. 83 at 16.) On October 24, 2016, the parties stipulated and agreed as follows:

> WHEREAS on August 23, 2016, QSF administrator Rust Consulting estimated the total amount due to be funded, including the employer's share of payroll taxes, and Defendant arranged for payment based on that estimate, (see Declaration of Keith A. Jacoby, dated October 24, 2016 ("Jacoby Decl.") at Para 2 and Exhibit "A")
>
> WHEREAS on October 21, 2016, Rust Consulting revised that estimate and requires over $96,000 additional dollars in employee taxes to be paid, (see Jacoby Decl. at Para. 3 and Exh. "B")

/////

1

    WHEREAS FedEx Freight now needs additional time to cancel the pending wire transfer, and reset a new wire transfer in the corrected amount; and

    WHEREAS FedEx Freight needs additional time to consult with counsel to ensure that the amount indicated by Rust Consulting is, in fact, the correct amount.

    THE PARTIES THEREFORE Stipulate and agree, subject to Court approval, that, good cause appearing, the Order granting final approval of this settlement is hereby modified such that the funding of the aforementioned settlement must now occur on or before November 9, 2016.

(Doc. No. 85.)

  The court has reviewed the parties' joint stipulation and finds good cause to grant the requested modification of the prior order. Accordingly,

  1) The court grants the relief sought by the joint stipulation (Doc. No. 85) and will reset the time to fund the settlement; and

  2) The order granting final approval of this settlement (Doc. No. 83) is modified so that the funding of the settlement must now occur on or before November 9, 2016.

IT IS SO ORDERED.

Dated: **October 24, 2016**        /s/ Dale A. Drozd
                  UNITED STATES DISTRICT JUDGE